FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2021

No. 04-21-00121-CV

**WESTOVER CONTINUING CARE CENTER LTD. CO.** d/b/a Windemere at Westover Hills, Cantex Health Care Centers III, LLC, and Cantex Continuing Care Network, LLC f/k/a Cantex Senior Communities, LLC,
Appellants

v.

Suzanne Smith **ADAMS**, Independent Executrix of the Estate of John Parker Smith, Deceased,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI11249
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:     Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Appellee's motion to dismiss is CARRIED WITH THE APPEAL. Appellants' motion for an extension of time to file their brief is GRANTED. Appellants' brief was filed on June 21, 2021. Appellee's brief is due on or before **July 12, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court